UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARTECH INFORMATION SYSTEMS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> PHILADELPHIA INDEMNITY INSURANCE COMPANY, <br><br> Defendant. | Case No.: 2:20-cv-02950-KSH-CLW <br><br> **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for plaintiff Artech, LLC (f/k/a Artech Information Systems, LLC) ("Artech") and defendant Philadelphia Indemnity Insurance Company ("PIIC") that Artech's Complaint and PIIC's Counterclaim are hereby dismissed in their entirety without prejudice and with each party bearing its respective costs. This pleading closes the case.

LAW OFFICE OF JEFFREY S. LIPKIN                BODELL BOVÉ LLC


By: /s/ Jeffrey S. Lipkin                                   By: /s/ Louis A. Bové
    Jeffrey S. Lipkin                                              Louis A. Bové
    Attorneys for Plaintiff                                      Attorneys for Defendant
    1000 C Lake Street                                          1845 Walnut Street, Suite 1100
    Ramsey, New Jersey 07446                            Philadelphia, PA 19103
    T: (201) 962-3876                                              T: (215) 864-6600
    F: (201) 962-3877                                              F: (215) 864-6610
    E: jeff@jefflipkinlaw.com                                  E: lbove@bodellbove.com

DATED: July 28, 2020                                      DATED: July 28, 2020