UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARTECH INFORMATION SYSTEMS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> PHILADELPHIA INDEMNITY INSURANCE COMPANY, <br><br> Defendant. | Case No.: 2:20-cv-02950-KSH-CLW <br><br> **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for plaintiff Artech, LLC (f/k/a Artech Information Systems, LLC) ("Artech") and defendant Philadelphia Indemnity Insurance Company ("PIIC") that Artech's Complaint and PIIC's Counterclaim are hereby dismissed in their entirety without prejudice and with each party bearing its respective costs. This pleading closes the case.

| | |
|---|---|
| LAW OFFICE OF JEFFREY S. LIPKIN | BODELL BOVÉ LLC |
| | |
| By:  /s/ Jeffrey S. Lipkin <br> Jeffrey S. Lipkin <br> Attorneys for Plaintiff <br> 1000 C Lake Street <br> Ramsey, New Jersey 07446 <br> T: (201) 962-3876 <br> F: (201) 962-3877 <br> E: jeff@jefflipkinlaw.com | By:  /s/ Louis A. Bové <br> Louis A. Bové <br> Attorneys for Defendant <br> 1845 Walnut Street, Suite 1100 <br> Philadelphia, PA 19103 <br> T: (215) 864-6600 <br> F: (215) 864-6610 <br> E: lbove@bodellbove.com |
| DATED: July 28, 2020 | DATED: July 28, 2020 |

SO ORDERED
HON. KATHARINE S. HAYDEN, U.S.D.J.

7/31/2020